UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SILUS M. VALSON, | ) | No. CV 16-8364 JVS (FFM) |
| Petitioner, | ) ) | |
| | ) | JUDGMENT |
| v. | ) ) | |
| MARION SPEARMAN, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Summarily Dismissing Petition for Lack of Subject Matter Jurisdiction,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: January 31, 2017

_____
JAMES V. SELNA
United States District Judge